1222

No. 99–9371. CASTNER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99–9372. COOKS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–9373. ABUBAKAR *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 99–9376. STIFF *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 99–9382. PERRY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 99–9386. WHITE *v.* UNITED STATES;
No. 99–9393. MCCOY *v.* UNITED STATES; and
No. 99–9458. GORMLEY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. Reported below: 206 F. 3d 349.

No. 99–9388. BOYD *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 99–9394. NAVIN *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 99–9428. CHIN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–9439. KOH *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 99–9448. GARMAN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–9449. GARCIA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–9452. DUDNEY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–9453. DULIGA *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 99–9463. JONES, AKA SHABAZZ *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.